IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN REGUL,

    Plaintiff,

v.                                                                         CASE NO. 4:09-cv-00019-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Report and Recommendation, Doc. 25, regarding the Complaint, filed by John Regul, Doc. 1. Plaintiff is a Vietnam veteran who has been awarded the Purple Heart twice, as well as the Army Commendation Medal for valor and a Bronze Star. The Magistrate Judge has recommended that the decision of the Commissioner to deny Plaintiff's application for Social Security benefits be reversed and the case remanded for further consideration as set forth in the report and recommendation. No party has objected to the Recommendation, and the time for doing so has passed. Finding no plain error, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge, Doc. 25, is ADOPTED and incorporated herein.

    2.    The decision of the Commissioner denying benefits is REVERSED and the case REMANDED for further proceedings consistent with the Magistrate's Recommendation.

    **DONE AND ORDERED** this   _23rd_   day of March, 2010



                                Maurice M. Paul, Senior District Judge