IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN REGUL,

    Plaintiff,

v.                                       CASE NO. 4:09-cv-00019-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 ("EAJA") by John Regul, Doc. 28. In his motion, Plaintiff explains how he prevailed before this Court and has a net worth of less than $2,000,000. Plaintiff also explains the analysis and arithmetic leading to the request for $4,174.05 in fees and costs, including relevant information in several attachments. Plaintiff also discusses the assignment agreement that causes such EAJA fees to be payable to Heather Freeman, Esq., attorney for Plaintiff. This Court finds the application for fees to be meritorious. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    Motion for Attorney Fees Pursuant to the Equal Access to Justice Act, Doc. 28, is GRANTED.

    2.    Defendant is directed to pay $4,174.05 to Heather Freeman, Esq. by sending payment directly to her office address.

    **DONE AND ORDERED** this _22nd_ day of June, 2010

                                  *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge